IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JUN 27 2019
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| BNSF Railway Company, | Cause No. 18-CV-00063-SPW-TJC |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Jeffrey Wallace, Marvin Wallace, and DOES A-Z, | |
| Defendants. | |

This matter having come before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Doc. 19), and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action including all claims brought or that could have been brought are **DISMISSED WITH PREJUDICE**, with the parties to pay their own costs and attorney fees.

DATED this 27th day of June, 2019.

SUSAN P. WATTERS
United States District Judge

1